Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

In re:                                         )
                                               )
DAVID SCOTT CAMPBELL                           )    Case No. <u>10-60197</u>
                                               )
                                               )
        Debtor(s)                              )    Chapter ___7___
_____)

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: <u>4/26/2011</u>

/s/ W. Stephen Scott
_____
W. Stephen Scott, Trustee
418 E. Water Street; P. O. Box 2737
Charlottesville, VA 22902
434-296-2161

Printed: 04/26/11 03:44 PM

# Claims Distribution Small Checks

Page: 1

### Trustee: W. STEPHEN SCOTT, TRUSTEE (660010)

Case: 10-60197 - CAMPBELL, DAVID SCOTT

| Account No. | Check No. | Issued | | | | Amount | Amount | Paid | Small |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Claim No. | Filed | Priority | Claimant | Filed | Allowed | to Date | Payment |
| 92005625469766 | 25 | 04/26/11 | | Payee: | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $12.86 |
| | | 3 | 03/04/10 | 610 | Central Telephone Company of Virginia<br>P.O. Box 7971<br>Shawnee Mission, KS 66207-0971 | 338.16 | 338.16 | 1.03 | 1.03 |
| | | 4U | 03/09/10 | 610 | Air Flow<br>1134 Rose Hill Drive<br>Charlottesville, VA 22903 | 602.90 | 602.90 | 1.84 | 1.84 |
| | | 11 | 03/16/10 | 610 | Central Virginia Rental<br>2842 Jefferson Highway<br>Waynesboro, VA 22980 | 1,607.31 | 1,607.31 | 4.91 | 4.91 |
| | | 17 | 04/20/10 | 610 | Zunka Milnor Carter & Inigo<br>P.O. Box 1567<br>Charlottesville, VA 22902 | 625.00 | 625.00 | 1.91 | 1.91 |
| | | 23 | 05/10/10 | 610 | Holbohn, Deborah<br>1431 Whispering Road<br>Dillwyn, VA 23936 | 1,036.19 | 1,036.19 | 3.17 | 3.17 |

(*) Denotes objection to Amount Filed