Form 704-8A
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

In re:                                              )
                                                    )
DAVID SCOTT CAMPBELL                                )   Case No.  10-60197
                                                    )
                                                    )
            Debtor(s)                               )   Chapter     7
                                                    )

**TRANSMITTAL OF UNCLAIMED FUNDS**

Comes now the undersigned trustee and reports as follows:

1.  Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case.  The bank on which these checks are drawn has been instructed to stop payment on said checks.

2.  The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3.  The trustee has indicated the name, address, and amount due each creditor as follows:

    a.  James R. Bosket               Claim No. 26        $16.50
        Phylix Const Group Inc.
        P. O. Box 401
        Orange, VA 22960

Date:  8/4/11

/s/ W. Stephen Scott

W. Stephen Scott, Trustee
418 East Water Street
P. O. Box 2737
Charlottesville, VA 22902
434-296-2161

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.